UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

LYNNETTE TATUM-RIOS ET AL.,
                Plaintiffs,        22-cv-1237 (JGK)

    - against -                       ORDER

VISIT HEALTHCARE CORPORATION,
                Defendant.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 11, 2022 is canceled.

SO ORDERED.
Dated:   New York, New York
         May 6, 2022

                                           /s/ John G. Koeltl
                                             John G. Koeltl
                                      United States District Judge